JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

16-CV-575

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
STEVEN FLECK
6006 Buckingham Drive
Bensalem, PA 19020

(b) County of Residence of First Listed Plaintiff: **Bucks County, PA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
CHRISTOPHER J. BRILL, ESQUIRE
301 South State Street, Suite N105, Newtown, PA 18940
Tel. 215-860-2500

## DEFENDANTS
HARRY SIERS
2515 Chestnut Hill Drive
Cinnaminson, NJ 08077

16 0575

County of Residence of First Listed Defendant: **Burlington County, NJ**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Diversity of citizenship: 28 U.S.C. § 1332
Brief description of cause:
Personal injuries arising out of a motor vehicle collision

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ > 150,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

FEB - 4 2016

DATE: 01/28/2016
SIGNATURE OF ATTORNEY OF RECORD: CHRISTOPHER J. BRILL, ESQUIRE

**FOR OFFICE USE ONLY**
RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 6006 Buckingham Drive, Bensalem, Bucks County, PA 19020

16    0575

Address of Defendant: 2515 Chestnut Hill Drive, Cinnaminson, Burlington County, NJ 08077

Place of Accident, Incident or Transaction: Rockhill Drive, at or near its intersection with Neshaminy Boulevard in Bensalem Township, Bucks County, Pennsylvania
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☑

Does this case involve multidistrict litigation possibilities?    Yes☐  No☑

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
    Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
    Yes☐  No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
    Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
    Yes☐  No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☑ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

ARBITRATION CERTIFICATION
*(Check Appropriate Category)*
I, Christopher J. Brill, Esquire, counsel of record do hereby certify:
☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: January 28, 2016    Christopher J. Brill, Esquire    PA 27535
               Attorney-at-Law                  Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

FEB - 4 2016

DATE: January 28, 2016    Christopher J. Brill, Esquire    PA 27535
               Attorney-at-Law                  Attorney I.D.#

CIV. 609 (5/2012)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | |
|---|---|
| STEVEN FLECK<br>6006 Buckingham Drive<br>Bensalem, PA 19020<br>　　　　　v.<br>HARRY SIERS<br>2515 Chestnut Hill Drive<br>Cinnaminson, NJ 08077 | CIVIL ACTION<br><br>**16    0575**<br>NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.　　　　( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
　　and Human Services denying plaintiff Social Security Benefits.　　　　( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.　( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
　　exposure to asbestos.　　　　( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
　　commonly referred to as complex and that need special or intense management by
　　the court. (See reverse side of this form for a detailed explanation of special
　　management cases.)　　　　( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.　(✓)

| January 28, 2016 | CHRISTOPHER J. BRILL, ESQ. | Plaintiff |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-860-2500 | 215-860-6863 | brill_law@verizon.net |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

FEB - 4 2016

# CHRISTOPHER J. BRILL
ATTORNEY AT LAW
301 SOUTH STATE STREET
SUITE N105
NEWTOWN, PENNSYLVANIA 18940

TEL. (215) 860-2500
FAX (215) 860-6863
E-MAIL brill_law@verizon.net

Board Certified Civil Trial Advocate
National Board of Trial Advocacy
Approved Agency of the Pennsylvania
Supreme Court

February 1, 2016

16    0575

United States District Court
Clerk's Office
601 Market Street
Room 2609
Philadelphia, PA 19106

    Re:    Steven Fleck v. Harry Siers

Dear Sir or Madame:

Enclosed please the following:

1. Original Complaint on CD (pdf format);

2. Two (2) copies of Complaint in paper form;

3. Civil Cover Sheet;

4. Two (2) Designation Forms;

5. Case Management Track Designation Form;

6. Summons in Civil Action; and

7. Check in the sum of $400.00 representing filing fee.

    Kindly file the original documents and return the time-stamped copies to my office in the envelope provided.

United States District Court
Clerk's Office
February 1, 2016
Page 2

      Thank you for your anticipated cooperation.

                                      Very truly yours,

                                      CHRISTOPHER J. BRILL

CJB/jad
Enclosures
cc:    Mr. Steven Fleck




IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

STEVEN FLECK
6006 Buckingham Drive
Bensalem, PA 19020

vs.

HARRY SIERS
2515 Chestnut Hill Drive
Cinnaminson, NJ 08077

NO.

16   0575
FILED
FEB 04 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

TRIAL BY JURY
OF TWELVE DEMANDED

## COMPLAINT

1. Plaintiff, STEVEN FLECK, is an adult individual residing at 6006 Bensalem Boulevard, Bensalem, Bucks County, Pennsylvania 19020.

2. Defendant, HARRY SIERS, is an adult individual residing at 2515 Chestnut Hill Drive, Cinnaminson, New Jersey 08077.

### Nature of the Case

3. Plaintiff brings this action for monetary damages on account of injuries sustained by plaintiff, STEVEN FLECK, resulting in injuries sustained in a motor vehicle collision which occurred on August 4, 2015 in Bensalem Township, Bucks County, Pennsylvania.

### Jurisdiction and Venue

4. Jurisdiction is invoked pursuant to 28 U.S.C. § 1332 based upon diversity of citizenship, and the matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

5. Venue is properly within the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1391 since the subject motor vehicle collision occurred within the Eastern District of Pennsylvania.

## **COUNT I - NEGLIGENCE**
## **STEVEN FLECK v. HARRY SIERS**

### Factual Background

6. Plaintiff incorporates by reference paragraphs 1 through 5, supra, as fully as though the same were set forth herein at length.

7. On or about August 4, 2015 at approximately 8:55 p.m., plaintiff, STEVEN FLECK, was the operator of a motor vehicle which was traveling west on Rockhill Drive at or near its intersection of Neshaminy Boulevard in Bensalem Township, Bucks County, Pennsylvania.

8. At the time, date and place aforesaid, defendant HARRY SIERS was the operator of a motor vehicle which was traveling east on Rockhill Drive at or near its intersection with Neshaminy Boulevard in Bensalem Township, Bucks County, Pennsylvania.

9. At the time, date, and place aforesaid, defendant HARRY SIERS negligently and carelessly made a left hand turn onto Neshaminy Boulevard in front of plaintiff's motor vehicle causing a collision.

-2-

10. The negligence and carelessness of defendant, HARRY SIERS, consisted of any or all of the following:

    (a) Failing to have and keep his vehicle under proper or reasonable control;

    (b) Operating his vehicle in a careless manner;

    (c) Failing to maintain proper and reasonable diligence while using the highway;

    (d) Operating his motor vehicle without due regard for the rights, safety and position of the plaintiff;

    (e) Failing to remain alert and attentive under the circumstances;

    (f) Failing to observe the rules of the road in such cases made and provided governing the movements of travelers on the highway;

    (g) Operating his vehicle without observing and heeding the road and traffic conditions then and there existing;

    (h) Operating his vehicle in a manner violating the statutes of the Commonwealth of Pennsylvania;

    (i) Otherwise failing to execute due care under the circumstances;

    (j) Being negligent at law; and

    (k) Such other acts or omissions constituting negligence and/or carelessness as may be ascertained during discovery procedures or developed at the time of trial.

11. As a result of the aforesaid accident caused by the conduct of defendant as aforesaid, plaintiff, STEVEN FLECK, sustained serious personal injuries, including but not limited to the following: cervical strain and sprain; cervical radiculopathy; left arm and left hand pain; lumbar/thoracic radiculopathy/radiculitis; lumbar strain and sprain; and other ills and injuries, some of which may be permanent.

12. As a further result of the aforesaid accident, plaintiff, STEVEN FLECK, has undergone great physical pain and suffering, mental pain and suffering, emotional upset, worry, anxiety, apprehension, frustration, humiliation, embarrassment, inconvenience, and a general loss of pleasure and enjoyment of life, and will continue to endure same for an indefinite period of time in the future to his great detriment and loss.

13. As a further result of aforesaid, plaintiff STEVEN FLECK has been obliged to receive and undergo medical treatment and care and to incur various medical expenses for the injuries he suffered, and he may be required to undergo future medical treatment and incur future medical expenses.

14. As a further result of the aforesaid accident, plaintiff STEVEN FLECK has suffered a loss of earning capacity and may suffer a loss of future earnings and/or earning capacity.

WHEREFORE, plaintiff STEVEN FLECK demands damages from defendant HARRY SIERS in an amount in excess of $150,000.00, exclusive of interest, costs and other items of recovery as permitted by Law.

/s/ Signature Code: CJB 5517

CHRISTOPHER J. BRILL, ESQ.
Attorney for Plaintiff
301 South State Street, Suite N105
Newtown, PA 18940
Tel. (215) 860-2500
Fax (215) 860-6863
Email brill_law@verizon.net
I.D. No. PA27535